United States Bankruptcy Court
Eastern District of New York

Stanley Supply & Tool, Inc.,
    Plaintiff

Adv. Proc. No. 20-01108-nhl

Smallwood,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0207-1      User: admin      Page 1 of 2
Date Rcvd: Sep 06, 2022      Form ID: pdf000      Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Robert Smallwood, 151-30 14th Avenue, Whitestone, NY 11357-1820 |
| pla | + | Stanley Supply & Tool, Inc., c/o Barshay Sanders, PLLC, 100 Garden City Plaza, Suite 500, Garden City, NY 11530-3207 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Sep 06 2022 18:27:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn Office), U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014-4811 |
| ust | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Sep 06 2022 18:27:00 | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-7016 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-7016 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0207-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 06, 2022 | Form ID: pdf000 | Total Noticed: 4 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Craig Sanders | on behalf of Plaintiff Stanley Supply & Tool  Inc. csanders@sanderslaw.group |
| Jeff Morgenstern | on behalf of Defendant Robert Smallwood jmorgenstern78@gmail.com  jmattyatlaw@aol.com |
| Jonathan M. Cader | on behalf of Plaintiff Stanley Supply & Tool  Inc. jcader@sanderslaw.group |

TOTAL: 3

**SANDERS LAW GROUP**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
Email: *jcader@sanderslaw.group*
         *csanders@sanderslaw.group*

*Attorneys for Stanley Supply & Tool, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROBERT SMALLWOOD,<br><br>                    Debtor. | Chapter 7<br><br>Case No: 1-20-42708-NHL |
| STANLEY SUPPLY & TOOL, INC.,<br><br>                    Plaintiff,<br><br>   -- against –<br><br> ROBERT SMALLWOOD,<br><br>                    Defendant. | Adv. Proc. No.: 1-20-01108-NHL |

**JUDGMENT**

**WHEREAS** on July 22, 2020, Robert Smallwood, the Debtor herein, filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code; and

**WHEREAS** on September 25, 2020, Plaintiff Stanley Supply & Tool, Inc. ("Plaintiff" or "Stanley") commenced this adversary proceeding by filing a Complaint against the above

1

captioned Defendant, Robert Smallwood ("Defendant" or "Smallwood"), seeking a determination that the debt owed to Stanley is non-dischargeable ~~in this proceeding~~ *(NHL)*; and

**WHEREAS** on September 29, 2020, a summons and Notice of Pre-Trial Conference was issued by the Clerk; and

**WHEREAS** proof of service was filed with the Court on October 6, 2020; and

**WHEREAS** Defendant filed an Answer to the Complaint on October 27, 2020; and

**WHEREAS** Plaintiff filed a Motion for Summary Judgment on January 21, 2021; and

**WHEREAS** on September 28, 2021, the Court entered an Order granting Plaintiff's motion for summary judgment in part; and

**WHEREAS** the parties engaged in settlement negotiations to resolve the remaining claims in this adversary proceeding; and

**WHEREAS** the parties have reached an agreement in this matter and have executed a Stipulation of Settlement setting forth the terms of their agreement; and

**WHEREAS** the parties having presented an Order approving the settlement; and

**WHEREAS** the Court having entered an Order approving the settlement agreement, it is

**NOW, HEREBY ORDERED AND ADJUDGED THAT**:

1. Judgment be entered in favor of Plaintiff and against Defendant, such that the sum of three million two hundred thousand dollars ($3,200,000) is non-dischargeable pursuant to 11 U.S.C. §§ 523(a)(4) and/or (a)(6), and that Plaintiff shall have execution thereon.

2. The Plaintiff shall have all rights and remedies afforded to a judgment creditor by law.

3. Plaintiff may enforce this Judgment against Defendant as allowed by applicable law, but not as to any property of the estate or as against property alleged to be property of the estate, unless and until such property of the estate is abandoned by the Trustee.



Dated: September 6, 2022  
      Brooklyn, New York

_____  
**Nancy Hershey Lord**  
**United States Bankruptcy Judge**